**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE:  PETITION TO EMPANEL      :    No. 153 MM 2018
FOURTH INDICTING GRAND JURY      :
     :
     :
     :
PETITION OF: HON. THOMAS G.      :
PARISI, PRESIDENT JUDGE OF BERKS      :
COUNTY      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of December, 2018, the Petition for Permission to Convene the Fourth County Indicting Grand Jury is GRANTED.